986

MARY MCKINNEY et al., Appellants, v COMMISSIONER OF THE NEW YORK STATE DEPARTMENT OF HEALTH et al., Respondents.

Submitted October 15, 2007; decided November 27, 2007

Reported below, 41 AD3d 252.

Motion by the Association of the Bar of the City of New York for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

CHRISTOPHER A. MEASOM et al., Appellants, v GREENWICH AND PERRY STREET HOUSING CORPORATION, Respondent.

Submitted September 4, 2007; decided November 27, 2007

Reported below, 42 AD3d 366, 227 AD2d 312.

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division where the appeal to the Appellate Division was from an order entered in an appeal from another court (NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).

JOHN MOODY, Respondent, v SVETLANA SOROKINA, Appellant.

Submitted October 1, 2007; decided November 27, 2007

Reported below, 40 AD3d 14.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that simultaneous appeals do not lie to the Appellate Division and the Court of Appeals, unless within 20 days appellant, if she be so advised, serves upon all parties and files in the Court of Appeals a notice that she has abandoned her appeal to the Appellate Division and stipulates for the withdrawal of that appeal (*see Parker v Rogerson*, 35 NY2d 751, 753-754 [1974]). Motion for leave to appeal dismissed upon the ground that simultaneous appeals do not lie to both the Appellate Division and the Court of Appeals (*see id.*). Motion for poor person relief dismissed as academic.